FORD & HARRISON LLP

2425 East Camelback Road, Suite 340
Phoenix, Arizona 85016
Facsimile: (602) 627-3501

Stephanie M. Cerasano, State Bar No. 017171
Direct Dial: (602) 627-3503
E-Mail: SCerasano@fordharrison.com
Justin S. Pierce, State Bar No. 022646
Direct Dial: (602) 627-3505
E-mail: JPierce@fordharrison.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Nahid Rad,<br><br>   Plaintiff,<br><br>vs.<br><br>Nancy Scheu, an individual; and Equity Residential, a foreign corporation; Equity Residential Properties Management Corp., an Arizona corporation; Equity Residential Services, L.L.C., an Arizona corporation; Equity Residential Management, L.L.C., an Arizona corporation, collectively owners and operators of The Enclave Apartments,<br><br>   Defendants. | No. CV07-00945 PHX MHM_____<br><br>**ANSWER** |

  For their Answer to plaintiff's Second Amended Complaint, Defendants Nancy Scheu, Equity Residential, Equity Residential Properties Management Corp., Equity Residential Services, L.L.C., and Equity Residential Management, L.L.C. (collectively referred to as "Defendants") admit, deny, and allege as follows:

1. Defendants admit that the allegations set forth in plaintiff's Second Amended Complaint allege acts, occurrences and events within Maricopa County, Arizona. Defendants admit that this Court has jurisdiction to hear this case. Defendants deny any remaining allegations in paragraph 1 of plaintiff's Second Amended Complaint.

2. Defendants are without sufficient information regarding plaintiff's residency, and so deny. Defendants deny any remaining allegations in paragraph 2 of plaintiff's Second Amended Complaint.

3. Defendants admit that plaintiff was a tenant of the Enclave Apartments from 1998 until 2006.

4. Defendants affirmatively state that Equity Residential Management, L.L.C. is a Delaware limited liability company, which owns and operates the Enclave Apartments. Defendants affirmatively state that Equity Residential Services, L.L.C. is the entity that handles employment related issues for the Enclave Apartments, and is therefore not a proper party to this action. Equity Residential Properties Management Corp., which was a Delaware corporation, no longer exists. Defendants admit that this Court has jurisdiction to hear this case. Defendants deny all remaining allegations in paragraph 4 of plaintiff's Second Amended Complaint.

5. Defendants admit that Nancy Scheu was the manager at the Enclave Apartments from approximately April of 2002 until July of 2006. Defendants admit that Ms. Scheu's communication to plaintiff regarding Equity's decision not to renew plaintiff's lease was within the course and scope of her employment. Defendants deny all remaining allegations in paragraph 5 of plaintiff's Second Amended Complaint.

6. Defendants admit that Ms. Scheu sent plaintiff a standard form renewal letter dated October 3, 2005, which speaks for itself. Defendants deny any remaining allegations in paragraph 6 of plaintiff's Second Amended Complaint.

7. Defendants admit that Ms. Scheu informed plaintiff that the Enclave Apartments did not need a reason not to renew plaintiff's lease. Defendants deny all remaining allegations in paragraph 7 of plaintiff's Second Amended Complaint.

8. Defendants admit that Ms. Scheu did not explain to plaintiff the reasons for the Enclave Apartment's decision not to renew plaintiff's lease "at that time." Defendants deny all remaining allegations in paragraph 8 of plaintiff's Second Amended Complaint.

9. Defendants admit that plaintiff had been a tenant at the Enclave Apartments from June of 1998 until July 1, 2006 and that she had one late charge after October 3, 2005, although she had approximately 40 late charges during her tenancy at the Enclave Apartments. Defendants deny all remaining allegations in paragraph 9 of plaintiff's Second Amended Complaint.

10. Defendants are without sufficient information regarding plaintiff's ethnicity, nationality, or religious affiliation, and so deny the allegations regarding the same. Defendants admit that plaintiff was a tenant at the Enclave Apartments from June of 1998 until July 1, 2006. Defendants deny all remaining allegations in paragraph 10 of plaintiff's Second Amended Complaint.

11. This paragraph does not require a response. To the extent it does, defendants deny the allegations in paragraph 11 of plaintiff's Second Amended Complaint.

12. This paragraph does not require a response. To the extent it does, defendants deny the allegations in paragraph 12 of plaintiff's Second Amended Complaint.

13. Defendants re-allege and incorporate by reference the denials and defenses of the foregoing paragraphs of the Answer as though fully set forth here.

14. Defendants admit that plaintiff was a tenant at the Enclave Apartments from June of 1998 until July 1, 2007, when her lease was terminated. Defendants deny all remaining allegations in paragraph 14 of plaintiff's Second Amended Complaint.

15. Defendants deny all of the allegations in paragraph 15 of plaintiff's Second Amended Complaint.

Any allegation in plaintiff's Second Amended Complaint not expressly admitted above is expressly denied.

## AFFIRMATIVE DEFENSES

The following affirmative defenses may apply to plaintiff's claims:

1. Failure to state a claim, in whole or in part, upon which relief may be granted;
2. Failure to exhaust administrative remedies;
3. Failure of service of process;

4. Statute of limitations;

5. Failure to mitigate;

6. Unclean hands; and

7. Good faith.

Defendants advise that they will assert additional affirmative defenses that come to light during discovery.

WHEREFORE, having fully answered plaintiffs' Second Amended Complaint, Defendants respectfully request that the Court:

    A.    Dismiss plaintiffs' Second Amended Complaint with prejudice;

    B.    Award Defendants their costs and reasonable attorneys' fees; and

    C.    Award such other and further relief as the Court deems just and appropriate under the circumstances.

RESPECTFULLY SUBMITTED this 14th day of May 2007.

FORD & HARRISON LLP

By s/ Justin S. Pierce
    Stephanie M. Cerasano
    Justin S. Pierce
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Keith M. Knowlton
Keith M. Knowlton, L.L.C.
1630 South Stapley, Suite 231
Mesa, Arizona  85204
Attorney for Plaintiff

s/ Christina Rodriguez