FORD & HARRISON LLP

2525 East Camelback Road, Suite 450
Phoenix, Arizona 85016
Facsimile: (602) 627-3501

Stephanie M. Cerasano, State Bar No. 017171
Direct Dial: (602) 627-3503
E-Mail: SCerasano@fordharrison.com
Justin S. Pierce, State Bar No. 022646
E-mail: JPierce@fordharrison.com
Direct Dial: (602) 627-3505

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Nahid Rad,<br><br>                  Plaintiff,<br><br>   vs.<br><br>Nancy Scheu, an individual; and Equity Residential, a foreign corporation; Equity Residential Properties Management Corp., an Arizona corporation; Equity Residential Services, L.L.C., an Arizona corporation; Equity Residential Management, L.L.C., an Arizona corporation, collectively owners and operators of The Enclave Apartments,<br><br>                  Defendants. | No. CV07-00945 PHX MHM<br><br>**NOTICE OF SETTLEMENT** |

The parties hereby give notice to the Court that the above-captioned case settled today.

The parties will shortly provide the Court with a Stipulation and Order for Dismissal with Prejudice.

DATED this 19th day of December, 2007.

                                      KEITH M. KNOWLTON, LLC


                                      By s/ Keith M. Knowlton
                                            Keith Knowlton
                                      Attorney for Plaintiff

1
2                                        FORD & HARRISON LLP
3
4                                By s/ Justin S. Pierce
                                        Stephanie M. Cerasano
5                                        Justin S. Pierce
                                  Attorneys for Defendants
6
7
8                             CERTIFICATE OF SERVICE

9        I hereby certify that on December 19, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and
10  transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:
11
    Keith M. Knowlton
12  Keith M. Knowlton, L.L.C.
    1630 South Stapley, Suite 231
13  Mesa, Arizona  85204
    Attorney for Plaintiff
14

15  s/ Judi Ronnow

16

17

18

19

20

21

22

23

24

25

26

27

28